UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00007-FDW-DCK

| | |
|---|---|
| KIANA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EPIQ GLOBAL BUSINESS ) | |
| TRANSFORMATION SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on January 5, 2023. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) without prejudice to amending her application or paying the filing fee within 21 days of the Court's Order. [Doc. 2, 3]. The Court advised Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff should she fail to comply with the Court's Order. [Doc. 3 at 2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: February 1, 2023

*[signature]*
Frank D. Whitney
United States District Judge